UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MELISSA WOYTKO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FABFITFUN, INC.<br><br>Defendant. | Case No. 2:25-cv-02616-JLR<br><br>STIPULATED MOTION AND ORDER TO EXTEND TIME AND SET BRIEFING SCHEDULE<br><br>**NOTED FOR CONSIDERATION:<br>JANUARY 20, 2026** |

Under Western District of Washington Local Rules 7 and 10, Plaintiff Melissa Woytko, individually and on behalf of all others similarly situated ("Plaintiff") and Defendant FabFitFun, Inc. ("FabFitFun"), together (the "Parties"), by and through their respective counsel, stipulate as follows:

1. On November 17, 2025, Plaintiff filed her Complaint in the Snohomish County Superior Court, Case No. 25-2-11519-31. Plaintiff served her Complaint on November 18, 2025.

2. On December 18, 2025, FabFitFun removed this case to this Court, making its initial response due December 25, 2025.

3. On December 23, 2025, the Parties filed a stipulated motion to extend FabFitFun's deadline to respond to Plaintiff's Complaint up to and including January 26, 2026.

STIPULATED MOTION AND ORDER TO EXTEND
TIME AND SET BRIEFING SCHEDULE
CASE NO.: 2:25-CV-02616-JLR - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711

PDX\145406\295784\49869737.v1-1/20/26

4.     FabFitFun intends to file both a Motion to Compel Arbitration and a Motion to Dismiss with respect to Plaintiff's Complaint.

5.     The Parties have conferred regarding FabFitFun's intended motions, and the potential for resolution of this matter, and have agreed, subject to Court order, to (i) permit FabFitFun a brief extension of up to and including February 9, 2026 to file its Motion to Compel Arbitration, and (ii) stay FabFitFun's deadline to file its responsive pleading pending the Motion to Compel Arbitration.

6.     The Parties have further agreed, subject to Court order, to allow Plaintiff up to and including March 11, 2026 to file her opposition to FabFitFun's forthcoming Motion to Compel Arbitration, and to allow FabFitFun up to and including March 26, 2026 to file its reply in support. The Parties agree that the Motion to Compel Arbitration shall be noted for Friday, April 10, 2026.

7.     Good cause exists for the relief sought herein as it will allow the Parties additional time to evaluate any potential for a resolution and it will further judicial and party economy by taking up the briefing of the Motion to Compel Arbitration first, which Motion may moot the need for any subsequent motions. The relief sought herein is not for the purposes of delay.

THEREFORE, for the reasons stated above, the Parties respectfully request that the Court enter an Order:

(a)     Granting FabFitFun up to and including February 9, 2026 to file its Motion to Compel Arbitration;

(b)     Staying FabFitFun's deadline to file its responsive pleading pending the outcome of its Motion to Compel Arbitration;

(c)     Granting Plaintiff up to and including March 11, 2026 to file her opposition to FabFitFun's Motion to Compel Arbitration; and

STIPULATED MOTION AND ORDER TO EXTEND
TIME AND SET BRIEFING SCHEDULE
CASE NO.: 2:25-CV-02616-JLR - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711

PDX\145406\295784\49869737.v1-1/20/26

(d)    Granting FabFitFun up to and including March 26, 2026 to file its reply brief in support of its Motion to Compel Arbitration.

Stipulated this 20th day of January, 2026.

SCHWABE, WILLIAMSON & WYATT, P.C.    CARSON NOEL PLLC

By: */s/ David R. Ebel*
    David R. Ebel, WSBA #28853
    debel@schwabe.com
    Davis Leigh, WSBA #58825
    dbleigh@schwabe.com
    1420 5th Avenue, Suite 3400
    Seattle, WA 98101
    206-622-1711

By:*/s/Wright A. Noel*
    Wright A. Noel # 25264
    wright@carsonnoel.com
    20 Sixth Avenue NE
    Issaquah, WA 98027
    425-837-4717

BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
    Kennedy Dickson (admitted *pro hac vice*)
    kdickson@beneschlaw.com
    Michael Meuti (admitted *pro hac vice*)
    mmeuti@beneschlaw.com
    127 Public Square, Suite 4900
    Cleveland, OH 44114
    216-363-4500

    Mark Eisen (admitted *pro hac vice*)
    meisen@beneschlaw.com
    71 S. Wacker Drive, Suite 1600
    Chicago, IL 60606
    312-212-4956

BURSOR & FISHER, P.A.
    L. Timothy Fisher (admitted *pro hac vice*)
    ltfisher@bursor.com
    Julia K. Venditti (admitted *pro hac vice*)
    jvenditti@bursor.com
    Joshua B. Glatt (admitted *pro hac vice*)
    jglatt@bursor.com
    1990 North California Blvd. 9th Floor
    Walnut Creek, CA 94596
    (925) 300-4455

*Attorneys for Plaintiff*

*Attorneys for Defendant, FabFitFun, Inc.*

STIPULATED MOTION AND ORDER TO EXTEND
TIME AND SET BRIEFING SCHEDULE
CASE NO.: 2:25-CV-02616-JLR - 3

PDX\145406\295784\49869737.v1-1/20/26

# ORDER

It is so ORDERED that the above Stipulation is GRANTED.

Entered this 21st day of    January    , 2026.

_____
THE HONORABLE JAMES L. ROBART
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND
TIME AND SET BRIEFING SCHEDULE
CASE NO.: 2:25-CV-02616-JLR - 4

PDX\145406\295784\49869737.v1-1/20/26

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of January, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**CARSON NOEL PLLC**
Wright A. Noel # 25264
20 Sixth Avenue NE
Issaquah, WA 98027
Telephone: (425) 837-4717
wright@carsonnoel.com
*Attorneys for Plaintiff*

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
Kennedy Dickson*
Michael Meuti*
Mark Eisen*
127 Public Square, Suite 4900
Cleveland, OH 44114
Phone: 216-363-4500
kdickson@beneschlaw.com
mmeuti@beneschlaw.com
meisen@beneschlaw.com
*Admitted pro hac vice*

**BURSOR & FISHER, P.A.**
L. Timothy Fisher*
Julia K. Venditti*
Joshua B. Glatt*
1990 North California Blvd. 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
ltfisher@bursor.com
jvenditti@bursor.com
jglatt@bursor.com
*Admitted pro hac vice*

*Attorneys for Plaintiff*

*/s/ David R. Ebel*
David R. Ebel, WSBA #28853

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711

PDX\145406\295784\49869737.v1-1/20/26